Theodore M. DUNN and Lori N. Dunn

v.

## MIDDLETOWN TOWNSHIP ZONING HEARING BOARD

Renovah Construction Co., Intervenor

Petition of: Renovah Construction Co., Intervenor

No. 551 MAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Virgil RIVERA, Petitioner**

No. 542 MAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Larry BRICKHOUSE, Petitioner**

No. 545 MAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**